## STATEMENT OF FACTS

On July 25, 2014, Prince George's County Police received a call regarding a sexual assault of the complainant, S.H., an 11 year old female child. Officers from Prince George's County Police responded to S.H.'s summer camp located in Bowie, Maryland, where they interviewed S.H.

When officers arrived on scene, S.H. was interviewed. She reported that, several weeks earlier, she had met the defendant, whom identified himself to S.H. only as "Kevin," on Instagram. S.H. stated that after meeting the defendant on Instagram, she and the defendant began corresponding via the messaging application "Kik." On July 25, 2014, S.H. exchanged text messages with the defendant discussing him picking her up from summer camp so they could meet in person. S.H. informed the defendant that he could pick her up from camp after lunch. When the defendant arrived at the camp to get S.H., he posed as her cousin so he could take her from the camp.

S.H. stated that she and the defendant left the camp in the defendant's car. While they were driving, S.H. and the defendant discussed having sex, and S.H. informed the defendant she did not want to have sex in the car. While in Maryland, the defendant penetrated S.H.'s vulva with his finger while they were driving. The defendant drove to a house at a location in Washington, D.C., which S.H. did not recognize. The defendant took S.H. to a room inside of the house and left her there briefly. S.H. said that when the defendant returned, he removed her leggings and panties, and inserted his penis into her vagina. S.H. reported that the sexual act was not forced.

S.H. stated that after the defendant had sex with her, he drove her back to her summer camp in Maryland, where S.H.'s foster father was waiting for her. S.H. stated that her foster father asked her where she had been, and when S.H. told him what had happened and police were called.

S.H. described the defendant as having light skin, with tattoos, a regular haircut, and short with a skinny build.

S.H. was taken to the hospital for a sexual assault examination. The preliminary examination of the swabs that was performed by the Prince George's County Police confirmed the presence of semen on the vaginal, cervical, and genital swabs that were taken from S.H., as well as the presence of semen on S.H.'s underwear.

Detectives asked S.H. for the correspondence between the defendant and herself, but S.H. had deleted it from her cell phone prior to being interviewed by law enforcement. However, S.H.'s mother provided a telephone number that had called S.H. twice on the day of the assault. The telephone number was (202) 257-5159. Detective Collins of the Prince George's County Police Department called the telephone number and the defendant answered, identifying himself as "Rob." The defendant told Detective Collins that "Kevin" is his cousin and Kevin's last name is Anderson. Detective Collins told the defendant to have Kevin contact detectives, to which the defendant agreed and hung up the phone.

Detective Collins called the defendant again, and told the defendant that his telephone number had come up in an investigation. The defendant told Detective Collins that "Kevin" had called him on Friday and asked him to pick up his friend over in the Bowie/Upper Marlboro area. The defendant had borrowed his girlfriend's car, a black SUV or van, and picked up S.H. He drove

her to a residence in the 1200 block of Orren Road in Northeast Washington D.C. where he left S.H., came back several hours later to pick up S.H., and drove her back to the Bowie/Upper Marlboro area. Detective Collins asked the defendant if he would show him the area where the house was, and he agreed.

The defendant met with Detective Collins, and arrived driving a black Jeep Cherokee. The defendant identified himself as "Robert Kelsey," showing Detective Collins a District of Columbia driver's license identifying him by the same name. The defendant then drove Detective Collins to the 1200 block of Orren Road, NE, where he said that he had dropped off S.H. to meet "Kevin." Detective Collins reported that he observed tattoos all over the defendant's body, including one in his inner right ear.

Detective Collins then interviewed S.H. a second time. Detective Collins stated that S.H. was adamant that the individual who picked her up from camp was the same individual who had sex with her. She had not been dropped off and picked up by another individual. Detective Collins also asked S.H. if the defendant had any additional tattoos, and S.H. advised that he may have had one in his ear.

Detective Collins drove S.H. to the area where the defendant had stated that he dropped S.H. off, and S.H. identified the 1200 block of Orren Road as where the defendant had taken her, but could not identify a specific address. While driving S.H. back, S.H. pointed to a mid 1990s black Jeep Grand Cherokee, and stated that it looked like one driven by the defendant.

Detective Collins prepared a photo array consisting of six color photographs, with photograph number five being the defendant. Prince George's County Detective Kingston conducted the photo array with S.H., during which S.H. pointed to photograph number five saying "Yes, this is him."

After determining that the offense occurred within Washington D.C., this case was turned over to your affiant from Detective Collins. Your affiant contacted Detective Collins, and asked how he had obtained the defendant's name, and he said that the defendant verbally identified himself when Detective Collins had met with him.

Your affiant responded to S.H.'s home and interviewed S.H.'s foster parents. S.H's father provided a statement indicating that he had gone to S.H.'s school on July 25, 2014 to pick S.H. up and found that she was not there. He asked S.H.'s friends where she had gone, and they told him that S.H. had left with her cousin. S.H.'s foster father then asked staff at the camp where S.H. had gone, and they also stated that S.H. had left with her cousin because he was down the hill and waved at them. S.H.'s foster father called the police and while he was awaiting their arrival, S.H. returned to the school, and was crying. S.H. then told her foster father that she had been taken to a house by a man, and that, once there, the man took S.H.'s clothes off, was on top of her, and had sex with her.

Your affiant also interviewed and obtained a statement from S.H.'s foster mother, who stated that S.H. had told her that she met the defendant on Instagram. S.H. told her foster mother that the defendant indicated he wanted to get to know S.H. and chill with her. S.H. then stated to her mother that the defendant took her to an apartment and raped her. S.H.'s foster mother also

stated that she received a telephone call from S.H.'s biological mother, who stated that she had received a telephone call from her friend, W-1 about the incident. W-1 told S.H.'s biological mother that the defendant had come to W-1's door unsolicited regarding S.H., and stated to W-1 repeatedly that it didn't happen and it was his cousin who had done it.

Your affiant interviewed W-1, who provided a written statement which stated that the defendant, whom is her nephew, had come to her home unsolicited to have an important talk with her. The defendant reported to W-1, that his friend "Kevin" had paid him to pick up a girl in Maryland who had followed him on Instagram, and that a detective had come to talk to him about the girl.

On August 6, 2014, your affiant again contacted the defendant at telephone number (202) 257-5159. The defendant did not answer, but called back shortly. The caller ID screen displayed the name "Robert Kelsey." Your affiant asked the defendant if he was Robert Kelsey, and the defendant stated, "yes." The defendant agreed to speak voluntarily with your affiant.

Your affiant conducted a non-custodial interview of the defendant at the Fifth District Detective's office. The defendant provided picture ID to your affiant showing that his name is Robert Kelsey. During the interview, the defendant stated to your affiant that his friend "Kevin" had asked him to pick up a girl in the Bowie area, which he did. The defendant stated that he utilized his girlfriend's vehicle, which is a Jeep Cherokee, black in color, to pick up the girl. The defendant stated that he responded to a school, gave the school the girl's name, and drove her to DC where he dropped her off with Kevin. The defendant stated that he left for a few hours, and returned to take the girl back to summer camp, but dropped her off at a corner somewhere in Maryland. During the interview, the defendant received a telephone call from legal counsel, and asked to leave. At no time did the defendant admit to having sex with S.H.

Your affiant requested that the semen that had been recovered from the complainant be tested by the Department of Forensic Science ("DFS"). A foreign male DNA profile was obtained from the sperm fraction of S.H.'s vaginal/cervical swabs and from the epithelial fraction of the anal/perianal swabs. The major foreign male DNA profile obtained from the sperm fraction of the vaginal/cervical swabs was entered into the Combined DNA Index System (CODIS) for routine searching. On April 28, 2015, DFS issued a report indicating that the DNA profile obtained from the sperm fraction of the vaginal/cervical swabs taken from S.H. matched the DNA profile of an individual previously arrested by the Maryland State Police, Mr. Taiwan Kellsi with a FBI number of 963609KC4, a Maryland SID number of 3715833, and a home address of 512 21st Street NE, Washington D.C. An inquiry via the law enforcement database III revealed that the FBI number and the Maryland SID number identified both return to the defendant, and that the defendant has a known alias of Taiwan Kellsi.

At the time of the offense, S.H. was 11 years old, and the defendant was 26 years old.

Based on the aforementioned facts and circumstances, your affiant believes probable cause exists, and respectfully requests that an arrest warrant be issued for the arrest of the defendant, Mr. Robert Kelsey.

_____
Investigator Nicholas Oliver
Metropolitan Police Department

Sworn and subscribed to before me this 29th day of April, 2015.

_____
Honorable Deborah A. Robinson
United States Magistrate Judge